| | |
|---|---|
| MICHAEL J. HINES<br>WSBA# 19929<br>MICHAEL D. FRANKLIN<br>WSBA#34213<br>LUKINS & ANNIS, P.S.<br>1600 Washington Trust Financial Center<br>717 W Sprague Ave.<br>Spokane, WA 99201-0466<br>Telephone: (509) 455-9555<br>Facsimile: (509) 747-2323 | The Honorable Lonny R. Suko |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| MAXIMILLIAN SALAZAR III,<br><br>    Plaintiff,<br><br>    v.<br><br>MONACO ENTERPRISES, INC.; and GENE MONACO and MARTI MONACO, husband and wife and the marital community thereof; and ROGER BARNO and NOELLE BARNO, husband and wife and the marital community thereof; and STRATEGIC ADVANTAGE, LLC; and STEVE CESARE and JANE DOE CESARE, husband and wife and the marital community thereof,<br><br>    Defendants. | NO. CV-12-186-LRS<br><br>DECLARATION OF RICHARD BARNO |

I, RICHARD BARNO, declare:

1.  I am over the age of eighteen, competent to testify as to the matters set forth herein, and I make this declaration based upon my own personal knowledge and belief.

DECLARATION OF RICHARD BARNO: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

00539272.1

2. I am Roger Barno's brother. Roger is the Chief Operating Officer for Monaco Enterprises, Inc. ("MEI"). I am not a defendant in this lawsuit and have never been identified as a potential witness by MEI.

3. I have not had any involvement with the Plaintiff or any of the issues in the lawsuit.

4. I have never had any work-related interaction with Plaintiff. In fact, I have never met the Plaintiff, Max Salazar.

5. I am not part of MEI management and I am not an executive of MEI. And, I only became an employee in January, 2013 (working as an independent contractor on an as-needed basis starting in January 2012 through December, 2012), which was well after Mr. Salazar was terminated.

6. Even though I was not employed by MEI at the same time as Mr. Salazar, I have never heard Plaintiff or anyone else at MEI ever complain about any fraud, waste or abuse by the company. However, I am not involved with bidding, contracting, or otherwise involved in travel quotes or requests, job cost quotes, job completion, or the like.

7. In addition, I am not involved in human resources or employee relations at MEI, and I had absolutely no involvement with Plaintiff's termination from MEI. I have no personal knowledge regarding Plaintiff's termination from MEI, and otherwise have absolutely no personal information regarding Plaintiff's claims that he was retaliated against and unlawfully terminated by MEI. Again, I have never met the Plaintiff, Max Salazar or spoken to him in any form or fashion.

DECLARATION OF RICHARD BARNO: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

8.   I cannot understand why Plaintiff would want to depose me except to continue their campaign of harassment aimed at my brother, Roger Barno, and his wife, Noelle Barno.

I declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this 19th day of March, 2013, at Spokane, Washington.

_____
RICHARD BARNO

DECLARATION OF RICHARD BARNO: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below,

1. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **William Gilbert and all CM/ECF participants.**

2. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participant(s) at the address(es) listed below: **None**

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participant(s) at the address(es) listed below: **None**

4. I hereby certify that I have hand delivered the foregoing document to the following participants at the address(es) listed below: **None**

EXECUTED on March 19th, 2013, at Spokane, Washington.

/s/Daena Skobalski
Daena Skobalski
Legal Secretary to Michael D. Franklin

DECLARATION OF RICHARD BARNO: 4

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

00539272.1