UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAXIMILLIAN SALAZAR III, ) | |
| ) | NO. CV-12-0186-LRS |
| Plaintiff, ) | |
| ) | **ORDER OF SPECIAL DISCOVERY** |
| -vs- ) | **MASTER RE DISCOVERY MOTIONS** |
| ) | |
| MONACO ENTERPRISES, INC.; and ) | |
| GENE MONACO and MARTI MONACO, ) | |
| Husband and wife and the marital ) | |
| community thereof; and ROGER ) | |
| BARNO and NOELLE BARNO, Husband ) | |
| and wife and the marital ) | |
| community thereof; and STRATEGIC ) | |
| ADVANTAGE, LLC; and STEVE CESARE ) | |
| and JANE DOE CESARE, Husband and ) | |
| wife and the marital community ) | |
| thereof, ) | |
| ) | |
| Defendants. ) | |

**BEFORE THE COURT and Special Discovery Master, the Honorable James Gavin,** are several discovery motions noted without oral argument, which are herein ruled upon.  Accordingly,

**IT IS HEREBY ORDERED:**

1.  Defendants' Motion to Strike Portions of Declaration of William A. Gilbert in Support of Plaintiff's Response to Defendants' Motion for Protection Order re Plaintiff's Proposed F.R.C.P. 30(B)(6) Deposition of Monaco Enterprises, Inc., **ECF No. 60**, is **GRANTED** in part and **DENIED** in part.  The motion to strike is granted insofar as the declaration and

ORDER - 1

affidavit contain hearsay.

  2. Plaintiff's Motions to Compel, **ECF Nos. 21, 51, 55,** and **90** are **GRANTED** in part and **DENIED** in part. Plaintiff's request to depose a speaking agent of Monaco Enterprises, Inc. pursuant to F.R.C.P. 30(B)(6) is granted. Plaintiff's request for leave to serve additional interrogatories is granted with limitations. While Fed.R.Civ.P. 33(a)(1) limits interrogatories to 25, "including all discrete subparts", the court can authorize an increase consistent with Fed.R.Civ.P. 26(b)(2). Plaintiff is allowed a total of 40 interrogatories, including "all discrete subparts." This includes those already served which, from Plaintiff's second motion to compel, appears to be 30 (the motion identifies two 27s at pages 25 and 26). Requests for production related to the 40 are approved, however, all objections to requests for production and interrogatories related to the *McGillen vs. Monanco* case are granted.

  In an effort to provide some guidance to the parties regarding interrogatories and requests for production, interrogatories Nos. 29 and 30 and accompanying requests for production are examples of overbroad and objectionable discovery requests.

  3. Defendant's Motion to Quash Third-Party Subpoena (served to Dunn & Black, P.S. re: *McGillen vs. Monaco* Spokane suit), **ECF No. 78**, is granted.

  4. Defendant's Motion for Protective Order Preventing the Depositions of Noelle Barno and Richard Barno, **ECF No. 43**, is **GRANTED** in part and **DENIED** in part. The motion is granted as to Richard Barno. The motion is denied as to Noelle Barno. Plaintiff's request that the court

ORDER - 2

censure defendants and consider monetary sanctions is respectfully denied.

    5. Plaintiff's *Ex Parte* Motions, **ECF Nos. 33 and 68**, are **STRICKEN** as improperly filed *ex parte*.

    6. Plaintiff's Motion to Continue the Scheduling Order and Trial Date, **ECF No. 19**, is **DENIED as MOOT**, in light of the Amended Scheduling Order (ECF No. 84) entered on April 10, 2013.

    7. Plaintiff's Motion for Leave to File Over-Length Brief, **ECF No. 70**, is **GRANTED**.

    8. Plaintiff's Motion to Expedite, **ECF No. 72**, is **GRANTED**.

    9. Pursuant to the Order Appointing Special Discovery Master (ECF No. 140), the undersigned Special Master in this case is authorized to enter this order pursuant to Local Rule 37.1(f) and Federal Rules of Civil Procedure 53.

    10. The rulings of the Special Master are subject to the district court's review. *See* Fed.R.Civ.P. 53(f).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and furnish copies to counsel AND to the Honorable James Gavin via email.

    **DATED** this 24th day of December, 2013.

/s/ *James Gavin*
_____
The Honorable James Gavin
SPECIAL DISCOVERY MASTER

ORDER - 3