UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAXIMILLIAN SALAZAR III,      )
                             )      NO.  CV-12-0186-LRS
          Plaintiff,          )
                             )   **ORDER RE SUMMARY JUDGMENT**
     -vs-                     )   **MOTIONS HEARING**
                             )
MONACO ENTERPRISES, INC.; and )
GENE MONACO and MARTI MONACO, )
Husband and wife and the marital )
community thereof; and ROGER  )
BARNO and NOELLE BARNO, Husband )
and wife and the marital      )
community thereof; and STRATEGIC )
ADVANTAGE, LLC; and STEVE CESARE )
and JANE DOE CESARE, Husband and )
wife and the marital community )
thereof,                      )
                             )
          Defendants.         )
                             )

     **BEFORE THE COURT,** are the following motions: Defendants' [First]
Motion For Partial Summary Judgment (ECF. No. 149, previously ECF No. 47
before renewing); Defendants' Second Motion for Partial Summary Judgment
(ECF No. 150); and Plaintiff's Motion for Partial Summary Judgment On
Defendants' Affirmative Defenses (ECF No. 63).  A hearing was held in
Yakima on February 20, 2014.  William A. Gilbert  participated on behalf
of the Plaintiff; James B. King participated on behalf of Defendants.
The Court having considered the oral and written argument of counsel,

ORDER - 1

enters this Order to memorialize and supplement the oral rulings of the Court.  Accordingly,

**IT IS HEREBY ORDERED:**

1.  Defendants' [First] Motion For Partial Summary Judgment, **ECF. No. 149**, is **GRANTED.** Plaintiff's common law claim for wrongful termination in violation of public policy is dismissed in light of *Cudney v. Alsco*, 172 Wn.2d 524, 530 (2011) and the arguments made by Defendants and noted on the record.  Plaintiff's conspiracy claims under federal and state law were withdrawn by Plaintiff at the hearing and are therefore dismissed.

2.  Defendants' Second Motion for Partial Summary Judgment, **ECF No. 150**, is **DENIED.**  Plaintiff's retaliation claim under 31 U.S.C. § 3730(h) remains, as well as Plaintiff's "Handbook" Employment claim under Washington state law.

3.  Plaintiff's Motion for Partial Summary Judgment On Defendants' Affirmative Defenses, **ECF No. 63**, is **DENIED** for the reasons stated on the record.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order.

**DATED** this 3rd day of March, 2014.

*s/Lonny R. Suko*

—————————————————————————
LONNY R. SUKO
SENIOR U. S. DISTRICT COURT JUDGE

ORDER - 2