AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Maximillian Salazar, III,

*Plaintiff*

v.

Monaco Enterprises, Inc., et al,

*Defendant*

Civil Action No.  2:12-CV-00186-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff is hereby AWARDED $7,500.00 in reasonable attorney fees ($2,625.00 for Mr. Bearb's services; $4,875.00 for Mr. Gilbert's services) pursuant to Fed.R.Civ.P. 37(c)(1) and the Court's inherent powers.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: August 27, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy