UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAXIMILLIAN SALAZAR, III,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONACO ENTERPRISES, INC., et al.,<br><br>　　　　　Defendants. | No. 2:12-CV-0186-LRS-1<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE AND CLOSING FILE** |

　　Pursuant to the Stipulations of the parties (ECF Nos. 539, 540), the Clerk of the Court shall enter judgment of dismissal of the First Amended Complaint (ECF No. 160) and the claims therein with prejudice and without costs or fees to any party.

　　The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and CLOSE THE FILE.

　　DATED this 8th day of September, 2016.

　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　_____
　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1